JONES ET AL., APPELLANTS, *v.* NATIONWIDE INSURANCE COMPANY, APPELLEE.

[Cite as *Jones v. Nationwide Ins. Co.,*
98 Ohio St.3d 1201, 2002-Ohio-7029.]

(No. 2001–1604—Submitted December 4, 2002—Decided December 23, 2002.)

{¶ 1}  Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford,* submitted with *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply.  This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Black, McCuskey, Souers & Arbaugh, Robert E. Soles Jr. and Brian L. Metz, for appellants.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Gregory E. O'Brien and Jeffrey G. Palmer, for appellee.

PICKETT ET AL., APPELLANTS, *v.* OHIO FARMERS
INSURANCE COMPANY, APPELLEE.

[Cite as *Pickett v. Ohio Farmers Ins. Co.,*
98 Ohio St.3d 1201, 2002-Ohio-7026.]

(No. 2002–0361—Submitted December 4, 2002—Decided December 23, 2002.)

{¶ 1}   Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford,* submitted with *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply.   This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Lawrence J. Scanlon and Michael J. Elliott, for appellants.

Pelini & Fischer, Ltd., Mark F. Fischer and Julie A. Geiser, for appellee.

PEEBLES, EXR., APPELLANT, *v.* OWNERS INSURANCE COMPANY, APPELLEE.

[Cite as *Peebles v. Owners Ins. Co.,*
98 Ohio St.3d 1202, 2002-Ohio-7022.]

(No. 2002–0788—Submitted December 4, 2002—Decided December 23, 2002.)

{¶ 1}   Although this cause was accepted for review and held for the decision in *Lemm v. The Hartford,* submitted with *Hillyer v. State Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262, *Lemm* does not apply.   This cause is therefore dismissed as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.